**LOTHAR GOERNITZ**
**TRUSTEE**
P.O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2: 10-09388-PHX-EPB |
| HENRY A. LASTRE<br>EILEEN M. LASTRE | Chapter 7 |
| Debtors. | NOTICE OF TRUSTEE'S WITHDRAW OF UNCLAIMED FUNDS FOR HENRY AND EILEEN LASTRE |

Lothar Goernitz, Trustee of the above-captioned estate previously filed Application for Order for payment of Unclaimed Funds for Henry and Eileen Lastre. The Trustee has been contacted by the debtors attorney with a new address for Henry and Eileen Lastre. The Trustee hereby Withdraws Application for Order for Payment of Unclaimed funds.

DATED: February 4, 2015           /s/ Lothar Goernitz
                                  LOTHAR GOERNITZ, TRUSTEE